RECEIVED
STATESVILLE, NC

DEC 1 2 2014

Clerk, U. S. Dist. Court
W. Dist. of N. C.

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
STATESVILLE, N.C.

DEC 1 2 2014

U.S. District Court
Western District of N.C.

*Donnie S. Carpenter*

(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

Case No. *5:14CV197-FDW-2*

*Dennis Harris* v.

*Timothy S. Kincaid*

(Enter above full name of defendant or defendants.)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?        Yes (     ) No (✓)

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
      1.    Parties to previous lawsuits:
            Plaintiffs:

            _____

            _____

            Defendants:

            _____

            _____

      2.    Court (if federal court, name the district; if state court, name the

            county):_____

      3.    Docket number:_____

      4.    Name of presiding judge:_____

      5.    Disposition (for example, was the dismissed? Appealed? Is it still pending?)

            _____

      6.    Approximate date of case filing:_____

Case 5:14-cv-00197-FDW    Document 1    Filed 12/12/14    Page 1 of 5

II.	PREVIOUS IN FORMA PAUPERIS LAWSUITS

A.	While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (  ) No ( ✓ )
1.	Name the court and docket number for each:

_____

_____

B.	Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes (  ) No ( ✓ )
1.	If yes, how many?

2.	Name the court and docket number for each action:

_____

_____

III.	EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES
A.	Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (  ) No ( ✓ )

B.	If your answer is Yes:
1.	When did you file your grievance?

_____

2.	What was your grievance?

_____

_____

3.	Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (  ) No ( ✓ )

If yes, when was the decision and what was the result?

_____

_____

C.	If your answer to A is no, identify the claim(s) and explain why not:

*My claim started after my incarceration ended. Violation of my constitutional rights relating to illegal search and seizure and the mishandling of my trial.*

Case 5:14-cv-00197-FDW    Document 1    Filed 12/12/14    Page 2 of 5

IV. PARTIES
A. Plaintiff's Name: *Donnie S. Carpenter*

Address/Place of Confinement: *P.O. Box 506 Lincolnton NC 28093*
*Harven A. Crouse Detention Center*

B. Defendant(s)

Name of Defendant 1: *Dennis Harris*
Position: *Police Officer*
Place of Employment: *City of Lincolnton Police Department*
Current Address: *627 E. Main St. Lincolnton, NC. 28092*

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: *Timothy S. Kincaid*
*Judge*
*Catawba County Court Building*
*Catawba County Court House 115 West Newton, NC. 28658*

Defendant 3: _____

Defendant 4: _____

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

*On March 11-2004 I Mr. Carpenter was a passenger in a car stopped on a one way street across from the Post Office in Lincoln County NC. Shortly after dark the driver admitted to the officer that he had consumed some alcohol. However, no intoxilizer test or field sobriety test were performed on the driver nor was he charged with a crime or infraction. Instead the officer removed and searched each passenger. I was removed from the back seat of the vehicle and searched by having the officer (Dennis Harris) stick his hands into my pockets and remove the contents there of. I was handcuffed and at that time had my boots removed to search for contraband. I allege that the search exceeded the scope of Terry v. Ohio, 392 US 1 (1968) and that the evidence obtained as a result of this search and seizure was obtained in violation of the constitution of the United States and the constitution of North Carolina. I, Mr. Carpenter was indicted on March 15-2004. My*

pretrial motion to suppress the evidence filed on January 5-2005 was denied by trial judge (The Honorable Timothy S. Kincaid) without an evidentiary hearing and without making findings or conclusions of law to support the denial. Trial court stated that "motion was denied on february 21-2005." The record is void of my evidentiary hearing. NC GS 15A-977 sets out procedural requirements for a motion to suppress. Denial of an evidentiary hearing on my motion to suppress violated my constitutional rights as well as N.C. law and the search of my person violated my fourth amendment Rights to be free of unreasonable warrantless searches. The trial court also improperly admitted evidence of a past crime under the Rule 404b to prove intent, which prejudiced the outcome of my trial. On April 21-2005 I Mr Carpenter was convicted by a jury and sentenced to 11-14 months in the State D.O.C. I served the sentence in full, after my release the N.C. Supreme Court vacated my sentence and Remanded my case for New trial. I was informed on April 14-2019 that the State disposed of the case on December 16-2011 stating that retrial wouldn't be in the interest of justice.

VI.    REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY
LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

I am seeking appropriate monetary compensation for any and all damages.

Case 5:14-cv-00197-FDW     Document 1     Filed 12/12/14     Page 4 of 5

Date: _12-08-2014_

Signature: _Donnie S. Garpenter_
Prison ID # _(006651 - N/A) inmate # 10848_

Case 5:14-cv-00197-FDW      Document 1      Filed 12/12/14      Page 5 of 5