# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DONNIE S. CARPENTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00197-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY S. KINCAID | ) | |
| DENNIS HARRIS, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2014, Order.

Signed: December 19, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court